# EXHIBIT 5

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAZALE ASHBY | : | CIVIL NO. 3:17-CV-916(CSH) |
| v. | : | |
| ANGEL QUIROS, ET AL. | : | JULY ___, 2019 |

### DECLARATION OF CORRECTIONAL OFFICER ESHOU

Undersigned hereby declares:

1. I am a correctional officer employed by the State of Connecticut and assigned to Northern Correctional Institution (NCI).

2. On July 8, 2019 I conducted a series of timed restraint movements at NCI in order to determine how long an inmate would remain in restraints if he were placed in restraints for movement from one secured location to another within a NCI. Specifically, I timed how long it would take to apply restraints on an inmate in his cell or other secured location through door traps, escort the inmate to another location, and then remove the restrains through a door trap.

3. The duration required to apply handcuffs on an inmate behind his back through the cell door trap, remove him from his cell, escort him to a unit shower, secure him in the shower, and remove the handcuffs was 50 seconds.

4. The duration required to apply handcuffs on an inmate behind his back through the cell door trap, remove him from his cell, escort him to a unit day room, secure him in the day room, and remove the handcuffs was 1 minute and 17 seconds.

5. The duration required to apply handcuffs on an inmate behind his back through the cell door trap, remove him from his cell, escort him to a unit outdoor recreation enclosure, secure him in the outdoor recreation enclosure, and remove the handcuffs was 2 minutes and 1 second.

6. The duration required to apply handcuffs on an inmate behind his back through the cell door trap, remove him from his cell, escort him to the social visit booth, secure him in the social visit booth, and remove the Handcuffs was 1 minutes and 26 seconds.

7. The duration required to apply handcuffs on an inmate behind his back through the cell door trap, remove him from his cell, escort him to a location for inmate social telephone calls, secure him in the location, and remove the handcuffs was 1 minute and 1 second.

8. The duration required to apply full restraints in front, meaning handcuffs in front with leg irons and tether chain, on an inmate, remove him from his cell, and escort him to the unit medical screening room was 2 minutes and 12 seconds.

9. The duration required to apply full restraints in front, meaning handcuffs in front with leg irons and tether chain, on an inmate, remove him from his cell, and escort him to a professional visit room was 1 minute and 56 seconds.

10. The duration required to apply full restraints behind the back, meaning handcuffs behind the back with leg irons and teacher chain, on an inmate, remove him from his cell, and escort him off of his housing unit to another location in NCI would

depend on the destination. If the destination was the NCI medical infirmary the duration was 4 minutes and 19 seconds.

I declare, pursuant to 28 U.S.C. sec. 1746, under penalty of perjury, that the foregoing declaration is true and accurate.

7-17-2019
Date

_____
Correctional Officer Eshou

3